# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-3381

United States of America

Appellee

v.

Steven Zinnel

Appellant

David Zinnel

v.

TD Ameritrade Clearing, Inc.

No. 25-3387

United States of America

Appellee

v.

Steven Zinnel, Defendant and Judgment Debtor

Appellant

David Zinnel and Michael Brumbaugh, Trustee of the Castana Trust, Garnishee

---

Appeal from U.S. District Court for the District of South Dakota - Western
(5:25-mc-00030-CBK)
(5:25-mc-00031-CBK)

---

## ORDER

The motions for reconsideration are denied.

July 22, 2026

Appellate Case: 25-3381    Page: 1    Date Filed: 07/22/2026 Entry ID: 5663747

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler